UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN JOSE RECINOS,

                Petitioner,

    v.

DONALD HOLBROOK,

                Respondent.

No. C15-5401 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Court's Order (Dkt. 11) and Judgment (Dkt. 12) are **RESCINDED.**

(3)    Mr. Recinos shall file his objections to the September 8, 2015 Report and Recommendation (Dkt. 10) within **sixty (60) days** from the date of this Order.

(3)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 29th day of December, 2015.

_____
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1